# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE COLEMAN, | Case No. 2:17-cv-02460-JAK-AFM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DISH NETWORK L.L.C., | **JS-6** |
| Defendant. | |
| DISH NETWORK L.L.C., | |
| Counterclaimant, | |
| v. | |
| DENISE COLEMAN, | |
| Counterdefendant. | |

IT IS HEREBY ORDRED that: (1) Judgment is entered in favor of DISH Network LLC ("Defendant") and against Denise Coleman ("Plaintiff") in the amount of $360; (2) Plaintiff shall recover nothing by her claims against Defendant; (3) this action be dismissed with prejudice; and (4) Defendant may recover its costs of suit pursuant to 28 U.S.C. § 1920, as well prejudgment interest in the amount of $59.90.

**IT IS SO ORDERED**.

April 24, 2018
Date

JOHN A. KRONSTADT
UNITED STATES DISTIRCT JUDGE